## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Eddie Sanchez

                    Plaintiff,

v.                                              Case No.: 1:19–cv–04143

                                                             Honorable Marvin E. Aspen

S Miles, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 30, 2019:

      MINUTE entry before the Honorable Marvin E. Aspen: The Court allows attorney Alvin R. Becker to withdraw and appoints attorney Thomas J. Canna to represent plaintiff Eddie Sanchez in accordance with counsel's trial bar commitment under Local Rule 83.37. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.